762

No. 147.  PANHANDLE EASTERN PIPE LINE Co. *v.* FEDERAL POWER COMMISSION.  Certiorari denied. *Ira Lloyd Letts, D. H. Culton, John S. L. Yost, Edward H. Lange, John W. Scott* and *Harry S. Littman* for petitioner. *Acting Solicitor General Washington, Robert L. Stern, Charles E. McGee* and *Louis W. McKernan* for respondent.

No. 148.  HUMBLE OIL & REFINING CO. ET AL. *v.* UNITED STATES.  Certiorari denied. *M. G. Eckhardt, R. E. Seagler* and *Rex G. Baker* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Vanech, Roger P. Marquis* and *Wilma C. Martin* for the United States.

No. 149.  CONRAD *v.* PENNSYLVANIA RAILROAD Co.; and
No. 150.  DAMIANO *v.* PENNSYLVANIA RAILROAD Co.  Certiorari denied. *Lee Pressman* and *Frank Donner* for petitioners. *Philip Price, Hugh B. Cox* and *John R. Wall* for respondent.

No. 152.  KALAMAZOO STATIONERY Co. *v.* NATIONAL LABOR RELATIONS BOARD.  Certiorari denied. *Alexis J. Rogoski* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien, Ruth Weyand* and *Mozart G. Ratner* for respondent.

